IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00123-WYD-NYW

DANIEL LESNIEWSKI,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on Plaintiff's filing of a document entitled "Complaint" in which he notifies the Court that he dismisses the case with prejudice. I construe the document as a notice of dismissal. Having reviewed the document and being fully advised in the premises, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to pay its own costs.

Dated:  March 27, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge